NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARY BARNES,**
*Petitioner*

**v.**

**GENERAL SERVICES ADMINISTRATION,**
*Respondent*

---

2021-1799

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-20-0202-I-2.

---

## JUDGMENT

---

JENNIE CATHRYNE BLAINE WATSON, Alan Lescht and Associates, PC, Washington, DC, argued for petitioner.

BRET VALLACHER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent.  Also represented by BRIAN M. BOYNTON, TARA K. HOGAN, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 11, 2022          /s/ Peter R. Marksteiner
        Date                      Peter R. Marksteiner
                                  Clerk of Court